EDITH MAY, Respondent, v. EDWARD A. MAY, Appellant.— Order modified by reducing payment of alimony to plaintiff to the sum of fifteen dollars per week which is for the support and maintenance of her infant son; defendant to continue

payment of tuition of child, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.